

Stephen E. Farina
Prothonotary

OFFICE OF
PROTHONOTARY

*Supplemental Court Record*

③
8-26-
SC



Front & Market Streets
Harrisburg, PA  17101

(717) 780-6520

## County of Dauphin

Mary E D'Andrea
Clerk of District Court
228 Walnut Street
Harrisburg, PA  17101

FILED
HARRISBURG, PA

AUG 2 3 2002

MARY E. D'ANDREA CLERK
Per _____
Deputy Clerk

August 20, 2002

Re: Brandi K Fenstermacher VS General Public Utilities etal
Dauphin County Docket No 0128 S 2000
U.S. Dist Court for Middle Dist Docket No. 1:CV 00-257

Dear Ms D'Andrea:

   Pursuant to the Petition for Removal of Civil Action Filed in this office on February 10, 2000.
The above action is hereby transferred to the United States District Court for the Middle District of Pennsylvania.

   I am, accordingly, sending you all the original papers Herewith.

   I will appreciate the return of the attached receipt Addressed to the attention of Ms. Lisandra Garcia.

Very truly yours,

*Stephen E Farina*

Stephen E Farina,
Prothonotary