OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED

MAY 0 9 2003

MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK

HARRISBURG
04-30-03
PA.

≈0370

PEPP235  19312X2067 1102  05 05/05/03
FORWARD TIME EXP RTN TO SEND
PEPPER HAMILTON LLP
400 BERWYN PARK
BERWYN PA 19312-1181

RETURN TO SENDER

19312X2416 C023
17108/0363

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Glass Kitchens,** *et al.* **v. General Public Utilities Corp.,** *et al.* | : : : | **CIVIL NO. 1:CV-88-1551** |
| **Hoover,** *et al.* **v. General Public Utilities Corp.,** *et al.* | : : : | **CIVIL NO. 1:CV-93-1818** |
| **Tyler,** *et al.* **v. General Public Utilities Corp.,** *et al.* | : : : | **CIVIL NO. 1:CV-96-1038** |
| **Fenstermacher v. General Public Utilities Corp.,** *et al.* | : : : | **CIVIL NO. 1:CV-00-0257** |
| **FLOCH v. General Public Utilities Corp.,** *et al.,* | : : | **CIVIL NO. 1:CV-00-0451** |

### O R D E R

Pursuant to the joint stipulations of dismissal filed on April 29, 2003 in the captioned actions, **IT IS HEREBY ORDERED THAT** the stipulations are approved and the cases are dismissed. The Clerk of Court shall close the files.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge

Dated: April 30, 2003.

Case No: 1:00-cv-00257-SHR    Document No: 10, User: rb, 1 Copy Printed: Apr, 30, 2003  04:19 PM

Ellen Kittridge Scott
Pepper Hamilton LLP
1235 Westlakes Drive
Suite 400
Berwyn, PA 19312-2401